**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARCO A. ZAPATA-RODRIGUEZ** | ) | |
| | ) | |
| **V.** | ) | **3-06-CV-21-K** |
| | ) | |
| **MICHAEL ELSEY, ET AL** | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this   30th   day of   May  , 2006.

                                                                         s/Ed Kinkeade                              
                                                                        ED KINKEADE
                                                                        UNITED STATES DISTRICT JUDGE